UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:17-CR-414 |
| JAMES DARIAN PIERRE, *et al*, | § § § | |
| Defendants. | § | |

## NOTICE OF STATUS CONFERENCE

The parties in this matter are hereby notified that a status conference has been set for Friday, March 26, 2021 at 2:00 PM. This conference will be conducted by telephone to discuss the upcoming trial scheduled for May 17, 2021. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: March 25, 2021                                           Nathan Ochsner, Clerk of Court

                                                               By: R. Hawkins, Case Manager