# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **Criminal No. 4:17-cr-414** |
| § | |
| **JAMES DARIAN PIERRE, and** § | |
| **CHARLES WENDELL THOMPSON,** § | |
| § | |
| **Defendants.** § | |

## UNITED STATES' NOTICE OF INTENT TO USE LOCAL RULE 55

The United States of America files this Notice of Intent to use Local Criminal Rule ("CrLR") 55 of the Local Rules of the United States District Court for the Southern District of Texas in the above-referenced case. In support thereof, the Court is advised as follows:

1. Pursuant to CrLR55.2 the exhibits identified in the United States Exhibit List, filed on August 2, 2021, will be used in the trial of this matter. The Exhibit List contains Bates numbers for nearly every exhibit, other than those that were produced without a Bates label due to its format (e.g. excel). Additionally, copies of the exhibits will be provided to defense counsel and/or made available for inspection and review shortly, and no later than at least seven days before trial.

2. Pursuant to CrLR55.2(A), a party requiring authentication of an exhibit must notify the offering party in writing within seven (7) days after the exhibit is listed and made available. The failure to object in writing within the appropriate time concedes authenticity.

3. Pursuant to CrLR55.2(B), objections to the admissibility of exhibits must be made at least seven days before trial by notifying the Court in writing of any disputes, with copies of the disputed exhibit and authority.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

By:   */s/ John-Alex Romano*
Maryam L. Adeyola
John-Alex Romano
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, TX 77002
202-549-8856
John-Alex.Romano@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on August 3, 2021, I electronically filed and served this document on defense counsel of record using CM/ECF.

  */s/ John-Alex Romano*
John-Alex.Romano